IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:18cv643 |
| | ) | |
| APPROXIMATELY $6,000.00 | ) | |
| U.S. CURRENCY, | ) | |
| | ) | |
| Defendant *in Rem*. | ) | |

## WARRANT OF ARREST *IN REM*

TO: THE ATTORNEY GENERAL OR THE UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on May 30, 2018, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Eastern District of Virginia against the above-named defendant currency, alleging that said currency is the subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint;

WHEREAS, the defendant currency is currently in the possession, custody or control of the United States;

WHEREAS, in these circumstances Supplemental Rule G(3)(c) directs the Clerk of the Court to issue an arrest warrant *in rem* for the arrest of the Defendant currency;

AND WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it.

NOW THEREFORE, you are hereby commanded to arrest the above-named defendant currency by serving a copy of this warrant on the custodian in whose possession, custody or control the currency is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return hereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: 06/05/2018

Fernando Galindo
Clerk of Court
United States District Court

By: _____
Deputy Clerk

I hereby certify that I executed this arrest warrant *in rem* by on this 5th day of June 2018.

Signature: *[signed]*
Printed Name: Andrew J. Russell
Title: District Asset Forfeiture Coordinator
U.S. Marshals Service
Eastern District of Virginia