IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> APPROXIMATELY $6,000.00 U.S. ) </br> CURRENCY, ) </br> ) </br> Defendant. ) </br> _____) | Civil Action No. 1:18-cv-643 (AJT/JFA) |

## **ORDER**

This matter is before the Court on the Report & Recommendation [Doc. No. 11] of the Magistrate Judge recommending that Plaintiffs' Request for Default Judgment and Order of Forfeiture [Doc. No. 8] be granted; that default judgment be entered in favor of the United States of America and against the defendant currency; and that an order of forfeiture be entered declaring that the defendant currency be forfeited to the United States of America pursuant to 18 U.S.C. § 881(a)(6). The Magistrate Judge advised the parties that objections to Report and Recommendations must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Report & Recommendation [Doc. No. 11] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiffs' Request for Default Judgment and Order of Forfeiture [Doc. No. 8] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED in favor of the United States of America and against the defendant currency; and it is further

ORDERED that the defendant currency, Approximately $6,000 U.S. Currency, be, and the same hereby is, FORFEITED to the United States pursuant to 21 U.S.C. § 881(a)(6); the Attorney General, or a designee, is authorized to seize the forfeited defendant currency and take full and exclusive custody and control of those funds.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to all counsel of record, and mail copies of this order to Devon Gerard Love and Trinita Lee Love at 13813 Chestnut Oak Lane, Brandywine, Maryland 20613.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 11, 2019